IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
CAROL GRAD                                ) Case No. 16 B 30651
                                          ) Hon. JACQUELINE P. COX
                                          ) Chapter 7
                    Debtor                )
           **CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on March 31, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Carol Grad
50 Lake Blvd., Unit 655
Buffalo Grove, IL 60089

David Gallagher
UpRight Law
79 W. Monroe St. - Fifth Floor
Chicago, IL 60603

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), NA
by American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

Blitt and Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090

Becket and Lee LP
PO Box 3001
Malvern, PA 19355-0701

Von Maur, Inc.
Credit Dept.
6565 Brady St.
Davenport, IA 52806

Wells Fargo Bank NA
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306

American InfoSource LP
agent for Midland Funding
PO Box 268941
Oklahoma City, OK 73126-8941

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Dept Store National Bank
Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

US Bank National Association
Bankruptcy Dept.
PO Box 108
St. Louis, MO 63166-0106

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


   /s/ Allan J. DeMars
Trustee in Bankruptcy


Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603