# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CAROL GRAD

Case No. 16-30651
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $243,335.00 | Assets Exempt: | $50,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,475.35 | Claims Discharged Without Payment: | $361,379.03 |
| Total Expenses of Administration: | $1,748.31 | | |

3) Total gross receipts of $9,223.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,223.66 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $274,840.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,748.31 | $1,748.31 | $1,748.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $103,395.00 | $54,384.38 | $54,384.38 | $7,475.35 |
| **TOTAL DISBURSEMENTS** | $378,235.00 | $56,132.69 | $56,132.69 | $9,223.66 |

4) This case was originally filed under chapter  7  on 10/20/2016 .

The case was pending for      7   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2017                              By: /s/ ALLAN J. DeMARS
                                                             Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| cash surrender value of insurance policies | 1129-000 | $9,223.66 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$9,223.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 SCHEDULED WITH NO CLAIM FILED | 4110-000 | $274,840.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$274,840.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $47.43 | $47.43 | $47.43 |
| International Sureties, Ltd | 2300-000 | N/A | $5.69 | $5.69 | $5.69 |
| Allan J. DeMars | 2100-000 | N/A | $1,672.37 | $1,672.37 | $1,672.37 |
| Allan J. DeMars | 2200-000 | N/A | $22.82 | $22.82 | $22.82 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,748.31 | $1,748.31 | $1,748.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $9,162.00 | $9,162.61 | $9,162.61 | $1,259.44 |
| 2 | Capital One Bank USA NA | 7100-000 | $635.00 | $538.91 | $538.91 | $74.08 |
| 3 | Ford Motor Credit Co. | 7100-000 | $11,295.00 | $11,295.07 | $11,295.07 | $1,552.55 |
| 4 | American Express Centurion Bank | 7100-900 | $672.00 | $672.73 | $672.73 | $92.47 |
| 5 | American Express Bank | 7100-900 | $0.00 | $898.94 | $898.94 | $123.56 |

UST Form 101-7-TDR (10/1/2010)

| 6 | American Express Bank | 7100-900 | $8,051.00 | $8,051.06 | $8,051.06 | $1,106.65 |
|---|---|---|---|---|---|---|
| 7 | Von Maur, Inc. | 7100-000 | $0.00 | $100.00 | $100.00 | $13.75 |
| 8 | Capital One, NA | 7100-900 | $1,850.00 | $1,919.85 | $1,919.85 | $263.89 |
| 9 | Wells Fargo Bank NA | 7100-000 | $1,956.00 | $1,956.87 | $1,956.87 | $268.98 |
| 10 | PYOD, LLC assignee | 7100-900 | $12,961.00 | $12,961.23 | $12,961.23 | $1,781.57 |
| 11 | Department Store Natl Bank | 7100-000 | $1,549.00 | $1,549.79 | $1,549.79 | $213.02 |
| 12 | US Bank Natl Assoc | 7100-900 | $6,579.00 | $1,513.00 | $1,513.00 | $207.97 |
| 13 | Synchrony Bank | 7100-000 | $1,361.00 | $1,361.41 | $1,361.41 | $187.13 |
| 14 | US Bank Natl Assoc | 7100-900 | $7,694.00 | $2,402.91 | $2,402.91 | $330.29 |
| | 6 SCHEDULED CREDITORS WITH NO CLAIM FILED | | $39,630.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $103,395.00 | $54,384.38 | $54,384.38 | $7,475.35 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 16 - 30651                                              Trustee Name: Allan J. DeMars

Case Name: CAROL GRAD                                            Date Filed (f) or Converted (c): 9/27/16 (F)

For Period Ending: 3/31/18                                       §341(a) Meeting Date: 10/20/16

                                                                 Claims Bar Date: 1/23/17; GOVT 3/27/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence at 7842 W. Lake Street Morton Grove, IL | 243,335.00 | 0.00 | | | FA |
| 2 | Household furniture | 1,600.00 | 0.00 | | | FA |
| 3 | Wearing Apparel | 500.00 | 0.00 | | | FA |
| 4 | Costume Jewelry | 175.00 | 0.00 | | | FA |
| 5 | Cash | 0.00 | 0.00 | | | FA |
| 6 | Chase checking acct | 1,200.00 | 0.00 | | | FA |
| 7 | interest in Independent Building Maintenance Co. (in Chapter 7) | 0.00 | 0.00 | | | FA |
| 8 | Savings Bond | 100.00 | 0.00 | | | FA |
| 9 | John Hancock IRA | 7,800.00 | 0.00 | | | FA |
| 10 | Oppenheimer IRA | 38,000.00 | 0.00 | | | FA |
| 11 | Israel Bond | 450.00 | 0.00 | | | FA |
| 12 | Living Trust (asset is real estate listed as #1 above and going into foreclosure) | unknown | 0.00 | | | FA |

| 13 | Transamerica policy (9320) with cash surrender | 5,526.36 | 5,536.10 | | 5,536.10 | FA |
|----|------------------------------------------------|----------|----------|--|----------|-----|
| 14 | Transamerica policy (6860) with cash surrender | 4,025.47 | 3,687.56 | | 3,687.56 | FA |

```
TOTALS (Excluding unknown values)                    9,223.66              9,223.66
                                                                  (Total Dollar Amount in Column 6)
```

**EXHIBIT "9"   FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 16-30651  
Case Name: CAROL GRAD  
Taxpayer ID#: xx-xxx6965  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: Associated Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx2488  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 11/3/16 | Ref 13,14 | Karen Grad | from children of debtor for cash surrender value of Transamerica Ins policies | 1129-000 | 9,223.66 | | 9,223.66 |
| 11/7/16 | | Associated Bank | check printing charges | 2600-000 | | 47.43 | 9,176.23 |
| 2/7/17 | Check 1001 | International Sureties, Ltd. | Bond premium | 2300-000 | | 5.69 | 9,170.54 |
| 4/27/17 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 1,672.37 | 7,498.17 |
| 4/27/17 | Check 1003 | Allan J. DeMars | expenses | 2200-000 | | 22.82 | 7,475.35 |
| 4/27/17 | Check 1004 | Discover Bank | 726(a)(2); 13.74539% | 7100-900 | | 1,259.44 | 6,215.91 |
| 4/27/17 | Check 1005 | Capital One Bank (USA), N.A. | 726(a)(2); 13.74539% | 7100-000 | | 74.08 | 6,141.83 |
| 4/27/17 | Check 1006 | Ford Motor Credit Co. | 726(a)(2); 13.74539% | 7100-000 | | 1,552.55 | 4,589.28 |
| 4/27/17 | Check 1007 | American Express Centurion Bank | 726(a)(2); 13.74539% | 7100-900 | | 92.47 | 4,496.81 |
| 4/27/17 | Check 1008 | American Express Bank | 726(a)(2); 13.74539% | 7100-900 | | 123.56 | 4,373.25 |
| 4/27/17 | Check 1009 | American Express Bank | 726(a)(2); 13.74539% | 7100-900 | | 1,106.65 | 3,266.60 |
| 4/27/17 | Check 1010 | Von Maur, Inc. | 726(a)(2); 13.74539% | 7100-000 | | 13.75 | 3,252.85 |
| 4/27/17 | Check 1011 | Capital One, N.A. | 726(a)(2); 13.74539% | 7100-900 | | 263.89 | 2,988.96 |
| 4/27/17 | Check 1012 | Wells Fargo Bank, NA | 726(a)(2); 13.74539% | 7100-000 | | 268.98 | 2,719.98 |
| 4/27/17 | Check 1013 | PYOD, LLC assignee | 726(a)(2); 13.74539% | 7100-900 | | 1,781.57 | 938.41 |
| 4/27/17 | Check 1014 | Department Store National Bank | 726(a)(2); 13.74539% | 7100-000 | | 213.02 | 725.39 |
| 4/27/17 | Check 1015 | US Bank Natl Assoc | 726(a)(2); 13.74539% | 7100-900 | | 207.97 | 517.42 |
| 4/27/17 | Check 1016 | Synchrony Bank | 726(a)(2); 13.74539% | 7100-000 | | 187.13 | 330.29 |
| 4/27/17 | Check 1017 | US Bank Natl Assoc | 726(a)(2); 13.74539% | 7100-900 | | 330.29 | 0.00 |
| | | | | COLUMN TOTALS | 9,223.66 | 9,223.66 | 0.00 |

```
            Less: Bank transfers/CD
            Subtotal
            Less: Payments to debtor(s)
            Net                                    9,223.66        9,223.66              0.00

                                                                    NET
TOTAL - ALL ACCOUNTS                      NET     DEPOSITS     DISBURSEMENTS      BALANCES
Checking# xxxxxx2488                              9,223.66         9,223.66            0.00

                                    Net
                                  Excludes account   Excludes payments   Total Funds
                                     transfers         to debtor         On hand
```